UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANIQUE PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case 1:21-cv-00929 (RC) |
| v. ) | |
| ) | |
| KIPP DC SUPPORTING CORP. et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ALAN WADE COLEMAN AND ROE (1-10)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims in this action against Defendant Alan Wade Coleman and Defendants Roe (1-10)[1] only, without prejudice. Defendant Alan Wade Coleman and Defendants Roe (1-10) have not filed an answer or motion for summary judgment.

Dated: November 20, 2023         Respectfully submitted,

/s/ *Whitney J. Butcher*
Whitney J. Butcher (Admitted Pro Hac Vice)
Ketterer, Browne, & Associates, PLLC
2020 Progress Court, Suite 100-147
Raleigh, NC 27608
(984) 272-2112
Whitney@KBAattorneys.com

---

[1] DEFENDANTS ROE (1-10) Being the fictitious names of agents and employees of KIPP DC and Capital City Charter School who are not presently known to Plaintiff

        /s/ *Derek T. Braslow*
        Derek T. Braslow, D.C. Bar No. PA0100
        Ketterer, Browne & Associates, LLC
        336 S. Main Street, Suite 2A-C
        Bel Air, MD 21014
        (410) 885-6267 (Main)
        (855) 334-5626 (Facsimile)
        Derek@KBAattorneys.com

*Counsel for Plaintiff Shanique Perez*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ *Whitney J. Butcher*
Whitney J. Butcher (Admitted *Pro Hac Vice*)

*Counsel for Plaintiff Shanique Perez*