UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANIQUE PEREZ )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>KIPP DC SUPPORTING )<br>CORPORATION, <u>et al.</u> )<br>)<br>      Defendants ) | Civil Action No. 1:21-CV-00929-RC |

## REPLY IN SUPPORT OF
## DEFENDANT CAPITAL CITY'S MOTION TO STAY DISCOVERY

COMES NOW, Defendant Capital City Public Charter School, Inc. ("Capital City"), by counsel, pursuant to Federal Rule of Civil Procedure 26(c), and in submits this Reply in support of its Motion to Stay Discovery (ECF 48) and in response to Plaintiff's Opposition (ECF 51):

1. Plaintiff's reliance on two unpublished decisions is telling. "<u>It is settled</u> that entry of an order staying discovery pending determination of dispositive motions is an appropriate exercise of the court's discretion." *Chavous v. D.C. Fin. Responsibility & Mgmt. Assistance Auth.*, 201 F.R.D. 1, 2 (D.D.C. 2001) (emphasis added); *see also Loumiet v. United States*, 225 F. Supp. 3d 79, 84 (D.D.C. 2016); *Sai v. Dep't of Homeland Sec.*, 99 F. Supp. 3d 50, 57-58 (D.D.C. 2015);

2. In cases where motions to stay discovery was denied or denied in part, it was because the dispositive motions were not completely dispositive or the party seeking discovery only sought jurisdictional discovery. *United States v. Honeywell Int'l, Inc.*, 20 F. Supp. 3d 129, 132-33 (D.D.C. 2013) (denying motion because the partial motion for summary judgment would not be dispositive of the case and government otherwise failed to display hardship when discovery had already been pending for years); *Farouki v. Petra Int'l Banking, Corp.*, 683 F. Supp. 2d 23,

27-28 (D.D.C. 2010) (permitting jurisdictional discovery, but otherwise granting motion to stay); *PCH Mut. Ins. Co. v. Cas. & Sur., Inc.*, 569 F. Supp. 2d 67, 78 (D.D.C. 2008) (permitting discovery to determine whether motion to compel arbitration should be granted, but not allowing any discovery as to the underlying merits of the litigation); *Beecham v. Socialist People's Libyan Arab Jamahiriya*, 245 F.R.D. 1. 3 (D.D.C. 2007) (permitting jurisdictional discovery).

3. Plaintiff is clearly not seeking jurisdictional discovery, as evidenced by the written discovery served on Capital City.

4. Capital City's Motion to Dismiss is completely dispositive of all of Plaintiff's claims. The crux of the motion is that Capital City does not owe a non-student a duty when none of the alleged acts occurred on Capital City's premises. Plaintiff cannot amend her complaint around the lack of a legal duty. If this Court finds there is no duty, then none of the claims survive.

5. Capital City has asserted the same arguments since 2018. These arguments have never been ruled upon. Capital City contends that any amount of discovery would be prejudicial because it does not owe Plaintiff a legal duty.

6. There is no prejudice to Plaintiff; Plaintiff merely cites passage of time. *Loumiet v. United States*, 225 F. Supp. 3d 79, 84 (D.D.C. 2016) (holding passage of time while "important legal questions" are decided is not sufficient grounds to demonstrate prejudice).

WHEREFORE, the foregoing considered, Capital City Public Charter School, Inc., by counsel, requests that this Court grant its Motion and stay discovery until the Court has resolved Capital City's Second Motion to Dismiss.

Respectfully Submitted

/s/ *Emily K. Blake*
John D. McGavin, Esq. (Bar ID: 49942)
Emily K. Blake, Esq. (Bar ID: 63579)
McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:    (703) 385-1000
Facsimile:    (703) 385-1555
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
*Counsel for Defendant, Capital City Public*
 *Charter School, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2024, a copy of the foregoing motion was served via electronic filing through CM/ECF system which caused the below parties to be served by electronic means as more fully reflected in the Notice of Electronic filing upon the following:

>Derek T. Braslow, Esq.
>Whitney Butcher, Esq. (*pro hac vice*)
>Ketterer, Browne & Associates, LLC
>336 S Main St Suite 2A-C
>Bel Air, MD 21014
>derek@kbaattorneys.com
>whitney@kbaattorneys.com
>
>Gregory G. Marshall, Esq.
>Erin Kathleen Sullivan, Esq.
>Bradley Arant Boult Cummings LLP
>1615 L Street N.W., Suite 1350
>Washington, DC 20036
>gmarshall@bradley.com
>esullivan@bradley.com

/s/ *Emily K. Blake*