UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANIQUE PEREZ, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) | Case 1:21-cv-00929 (RC) |
| v. ) |  |
| ) |  |
| KIPP DC SUPPORTING CORP. et al., ) |  |
| ) |  |
| Defendants. ) |  |

**JOINT STATUS REPORT**

As requested by the Court at the Status Conference held on March 31, 2025, Plaintiff Shanique Perez and Defendants KIPP DC Public Charter Schools ("KIPP DC") and Capital City Public Charter School, Inc. ("Capital City") (collectively, "Defendants"), by and through their respective undersigned counsel, hereby respectfully submit this Joint Status Report and state as follows:

1. After the conclusion of discovery on March 19, 2025 (*see* Mar. 3, 2025 Minute Order), Plaintiff and KIPP DC continued to meet and confer regarding the scope of two of Plaintiff's discovery requests, namely Plaintiff's fourth request for production of documents and twelfth demand on the schedule of documents directed to KIPP DC's Rule 30(b)(6) witness. Based on those discussions, KIPP DC will be making an additional production of documents the week of April 14, 2025. Plaintiff and KIPP DC believe that this production will resolve the discovery dispute and close discovery. However, in an abundance of caution, Plaintiff has requested and KIPP DC has agreed to hold open the two discovery requests in question for seven days following KIPP DC's production so that Plaintiff can evaluate that production before agreeing to close discovery.

2. The parties are continuing to confer regarding further mediation. All parties remain open to mediation if the position of each party going into mediation is such that mediation could be successful.

3. Plaintiff and Defendants have conferred regarding deadlines for dispositive motions and challenges to expert witnesses and respectfully propose the following schedule:

| | |
|---|---|
| Dispositive Motions Due | July 11, 2025 |
| Challenges to Experts Due | July 11, 2025 |
| Responses to Dispositive Motions Due | August 11, 2025 |
| Responses to Expert Challenges Due | August 11, 2025 |
| Replies in Support of Dispositive Motions Due | August 26, 2025 |
| Replies in Support of Expert Challenges Due | August 26, 2025 |

4. The parties respectfully request that this Court issue a Scheduling Order consistent with the foregoing.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Respectfully submitted,

| | |
|---|---|
| /s/ *Whitney Butcher* (with permission) | /s/ *Erin K. Sullivan* |
| Whitney Butcher, D.C. Bar No. NC029 | Gregory G. Marshall, D.C. Bar No. 1011327 |
| Ali Reza Davani (*pro hac vice*) | Erin K. Sullivan, D.C. Bar No. 984712 |
| Ketterer, Browne & Associates, LLC | Bradley Arant Boult Cummings LLP |
| 336 S. Main Street, Suite 2A-C | 1900 K Street NW, Suite 800 |
| Bel Air, Maryland 21014 | Washington, DC 20006 |
| (984) 272-2112 | (202) 719-8207 (Marshall) |
| whitney@kbaattorneys.com | (202) 719-8208 (Sullivan) |
| reza@kbaattorneys.com | gmarshall@bradley.com |
| | esullivan@bradley.com |
| *Counsel for Plaintiff Shanique Perez* | |
| | *Counsel for Defendant KIPP DC* |

/s/ *Anna Grace Gillespie Zick* (with permission)
John David McGavin, D.C. Bar No. 475899
Emily Kathryn Blake, D.C. Bar No. VA053
Anna Grace Gillespie Zick, D.C. Bar No. 1034204
McGavin, Boyce, Bardot, Thorsen and Katz, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
azick@mbbtklaw.com

*Counsel for Defendant Capital City Public Charter School, Inc.*

Date:  April 14, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system.


/s/ *Erin K. Sullivan*
Erin K. Sullivan

*Counsel for Defendant KIPP DC*